SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Chin Tsai Liang, et al<br><br>    Defendants | Case No.**2:10-cv-01666-GEB-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 30, 2010 FOR DEFENDANTS CHIN TSAI LIANG INDIVIDUALLY AND D/B/A TAHOE VILLA NORTH MOTEL; CYNTHIA WONG TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Chin Tsai Liang Individually and d/b/a Tahoe Villa North Motel; Cynthia Wong, by and through their respective attorneys of record, Scott N. Johnson; Cris C. Vaughan, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendants Chin Tsai Liang Individually and d/b/a Tahoe Villa North Motel; Cynthia Wong are granted an extension until September 30, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Chin Tsai Liang Individually and d/b/a Tahoe Villa North Motel; Cynthia Wong response will be due no later than September 30, 2010.

IT IS SO STIPULATED effective as of September 20, 2010

Dated:  September 20, 2010           /s/Cris C. Vaughan_____
                                     Cris C. Vaughan,
                                     Attorney for Defendants
                                     Chin Tsai Liang
                                     Individually and d/b/a
                                     Tahoe Villa North Motel;
                                     Cynthia Wong

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

Dated: September 20, 2010                /s/Scott N. Johnson

                                         Scott N. Johnson,

                                         Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Chin Tsai Liang Individually and d/b/a Tahoe Villa North Motel; Cynthia Wong shall have until September 30, 2010 to respond to complaint.

**Date: 9/24/2010**

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge