```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

Scott N. Johnson,                )
                                 )   2:10-cv-01666-GEB-DAD
            Plaintiff,           )
                                 )
       v.                        )   ORDER RE: SETTLEMENT AND
                                 )   DISPOSITION
Chin Tsai Liang, Individually    )
and d/b/a Tahoe Villa North      )
Motel; Cynthia Wong,             )
                                 )
            Defendants.          )
_____ )

Plaintiff filed a "Notice of Settlement" on April 13, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 15.)

Therefore, a dispositional document shall be filed no later than May 14, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the final pretrial conference scheduled for hearing on April 23, 2012, is continued to commence at 1:30 p.m. on June 1, 2012, in the event no dispositional document is filed, or if this action

is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated: April 13, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).