IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott N. Johnson, | ) | 2:10-cv-01666-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND |
| | ) | DISPOSITION |
| Chin Tsai Liang, Individually and d/b/a Tahoe Villa North Motel; Cynthia Wong, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        Plaintiff filed a "Notice of Settlement" on April 13, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 15.)

        Therefore, a dispositional document shall be filed no later than May 14, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the final pretrial conference scheduled for hearing on April 23, 2012, is continued to commence at 1:30 p.m. on June 1, 2012, in the event no dispositional document is filed, or if this action

1

1  is not otherwise dismissed.[1] A joint pretrial statement shall be filed

2  seven (7) days prior to the final pretrial conference.

3           IT IS SO ORDERED.

4  Dated:  April 13, 2012

5

6                                _____
                                 GARLAND E. BURRELL, JR.
7                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____

26      [1]    The final pretrial conference will remain on calendar, because
    the mere representation that a case has been settled does not justify
27  vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890
    (9th Cir. 1987) (indicating that a representation that claims have been
28  settled does not necessarily establish the existence of a binding
    settlement agreement).